649 A.2d 657

**COMMONWEALTH of Pennsylvania**

v.

**Luis CRUZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1994.

Decided Nov. 4, 1994.

Reconsideration Denied Jan. 19, 1995.

Reargument Denied Jan. 20, 1995.

John W. Packel, Helen A. Marino, Philadelphia, for L. Cruz.

Catherine Marshall, Ronald Eisenberg, Joan Weiner, Philadelphia, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA and CAPPY, JJ., dissent and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.